FILED
2021 Aug-04  PM 01:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

In The United States District Court
Northern District Of Alabama

Michael J. Lowe
claimant

(1) Day & Zimmerman
(2) Kal/Kuneth Roofing
(3) Plant Vogtle
(4) Plant Farley
(5) Savannah River Site

(6) Michael Steams
Local 136 Roofing & Water proofers

(7) Local Union Labor 559

C & E Bourne  140 Industrial
Dr. Greenwood S.C 29646
Ph 864-233-0188
Wrongdoer's et al

Civil Action
Jury Trial for
Court of Record
Demanded

Clerk of Court
1729 5th Avenue
north, Birmingham
al. 35203
Ph. 205-278-1700
Hugo Black U.S. Ct.

Certificate Of Service

(1) This certifies that I will serve a copy of
this claim against all parties of violating.
Equal Protection Rights for Hiling & Promotions
& Equal Pay, & On the Job Training.

(2) Also conspiring to deprive Lowe under 18 USC
§ 241 & 242 by injuring, oppressing & threating
him to the free exercise of his rights to Equal
Employment under the common law & U.S.
Fed & State Const. For Retaliation of him for
His Union Activities. See Also Title VII Civil Rights
act of 1969 ( Age Discrimination In Employment )

(1)

Plant Farley (9)
Columbia Al.
Public Affairs
7383 N. State Higway
95 Colambia 3631
Ph. 334-889-5108

Unemployment Information (10)
Equifax Workforce Solution
P.O. Box 182366
Columbian Oh 43218

Natl Labor Relat Bd (11)
Appeal Division
1099 14th St. N.W
Washington, DC 20570-0001
Ph. 1-202-273-1000

Kalkrueth Roofing Co (12)
53-14th St.
Wheeling WV 26003
Ph. 304-232-8540

Champion Roofing Co (13)
3036 SW 10th St.
Ft. Lauderdale, Fl. 33312

US Equal Employ.
Opportunity Commiss
Mobile Local
Office
635- Royal St.
Suite 504
Mobile Al. 36602
Cynthia Wilson
Investigator
251-304-7925

Ga. Dept. of Labor
Interstate Unit
P.O. Box 3433
Att Ga. 30302-3087
PH. 404-232-3099

The claimant preserve his right to serve all
parties a copy of the claim by U.S. Postal Services
or Email on this day of July 13, 2021
                                Respectfully Submitted
                                Michael Lowe
                                July 13, 2021

(2)

Labor Local Union 559
1229 22nd St. N
Phone 205-251-8810

Labor Union 136 Roofers & Waterproofer's
Michael Stein 374 Maynard Terr. S.E Box 4
all. Ga 30316 PH. 404-373-7081

Nick Turco-Plant Vogtle 1825 River Rd. Unit 3
Waynesboro Ga. 404-506-5000 Case No. 10-CB-273-
United Union of Roofers & Allied Workers    093
                                     Local 136

U.S Equal Opportunity Commission
Cynthia Wilson Investigator
Mobile Office

Savannah River Site / Union
/ Craft Employment Verification
/ Mail - address Build 704 44H
Auken South Carolina 29808
Ph. 803-208-0198.
SRR EEO & Diversity LLC
Stephanie Franklin 803-
208-2594

Thompson Roofing Co
2292 Washington Rd.
P.O. Drawer 185
Thomson Ga 30824
Ph 706-595-2864
Day & zimmerman
1827 Freedom Rd.
Suite 101 Lancaster Pa. 17601
Ph. 717-481-5600

(3.)

United Union of Roofers, Waterproofers and
Allied Workers, Local 136, AFL-CIO (Plant
Vogtle Project)
Case 10-CB-273093

## Confidential Witness Affidavit

**I, Michael Lowe, being first duly sworn upon my oath, state as follows:**

**I have been given assurances by an agent of the National Labor Relations Board (NLRB) that this Confidential Witness Affidavit will be considered a confidential law enforcement record by the NLRB and will not be disclosed unless it becomes necessary to produce this Confidential Witness Affidavit in connection with a formal proceeding.**

I reside at 1002 Montana Street, Apartment 1, Dothan, Alabama 36303

My cell phone number (including area code) is (404) 437-1481

My e-mail address is wesleyavenue1467@gmail.com

I was employed by the Kalkrueth Roofing Company

headquartered at 53-14th Street, Wheeling, West Virginia 26003

1    I worked for Kalkrueth Roofing Company from January 2020 until approximately April

2    2020.  I worked on a roofing project at the Vogtle Nuclear Plant in Waynesboro, Georgia.  I was

3    paid at a rate of $25.30 per hour, and I was working approximately twenty-five to thirty hours

4    per week, on average.

5    I was hired onto this job through the United Union of Roofers, Waterproofers, and Allied

6    Workers Local 136, AFL-CIO. I have been a member of the Union for approximately twenty-

7    five years.  I was elected Vice President of the Union around 2016.  The Local has not had an

8    election since then.

**Privacy Act Statement**

The NLRB is asking you for the information on this form on the authority of the National Labor Relations Act (NLRA), 29 U.S.C. § 151 et seq. The principal use of the information is to assist the NLRB in processing representation and/or unfair labor practice cases and related proceedings or litigation.  The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006).  Additional information about these uses is available at the NLRB website, www.nlrb.gov.  Providing this information to the NLRB is voluntary.  However, if you do not provide the information, the NLRB may refuse to continue processing an unfair labor practice or representation case, or may issue you a subpoena and seek enforcement of the subpoena in federal court.

Initials _m. L_

Case 10-CB-273093

or Brian

1    Around January 2020, during the daily startup meeting, a supervisor named James, I

2    don't know his last name, was swearing at us during a speech in rushing us to do the work, and

3    he was threatening us with termination if we did not work faster. After James's tirade, a
     maybe monteith or Pullman
     Brian
4    manager whose name I do not recall, approached me and said that he heard the way James was

5    talking to us, and that if we wanted to file a grievance, he would say that he heard it. I said that

6    we would try to work with it for now.

7    Around February 2020, I attend a team meeting with the work crew and company
     maybe Brian
8    management, the same manager from January 2020 asked us if any of us had noticed any

9    problems that management needed to address. I brought up that there needed to be fire-watch

10   employees to oversee the safety of employees engaged in torching the roof. When I say torching

11   the roof, I am referring to a process in which the roof is laid through heating the roof via torch

12   and applying it. This is a type of roof and process preferred by nuclear plants, because of the
                                                    at the grievance hearing
13   roof-type's durability. During the meeting, company representative Nick Fiore stated that none

14   of us were qualified to be fire-watch. I said, "So we have no fire-watch?" I asked that, because
                                                                    At the meeting
15   that's against Plant Vogtle's safety rules. Mr. Fiore did not respond to that. However, after the   with company
                                                                                                          management
16   meeting, company foreman Tracy approached me and said that I should have come to him about

17   this first. I do not know Tracy's last name.

18   Around April 2020, we completed the roofing project at Plant Vogtle, but Kalkrueth said

19   that they planned on calling us back for more roofs they planned to install. I was the only Local

20   136 member who was working on the initial job when it ended around April 2020. Another
                                          Franks
21   Local 136 member, Michael, left the project went home to New York around March 2020, when

22   the COVID-19 outbreak began.

Case 10-CB-273093

1    Around July 2020, International Vice President Stein learned from Tracy that everyone
2    who was not a Local 136 member had been called back to work on additional roofing projects.
3    However, I had not been called back. Mr. Stein told me that Tracy had said something about me
4    getting COVID and me walking off the job, but I told him that was not the case.

5    To my knowledge, the Union and the company continued to have a back and forth about
6    me being returned to work, over the next several months. However, around November 2020, the
7    Union filed a grievance about me not being recalled to work, as the company continued to refuse
8    to return me to work. My understanding is that there is no time limit in the contract for initiating
9    a grievance.

10    Around December 16, 2020, I attended a grievance meeting with company representative
11    Nick Fiore. Director of Human Resources Seth Abrams, International Vice President Stein, and
12    another Union representative whose name I do not recall were also present. During the meeting,
13    Mr. Fiore stated that the grievance was untimely. However, the Union argued that it was not
14    untimely, and that the delay in filing was based on the discussions to bring me back to work.
15    During this meeting, Mr. Abrams said that I should just admit that I had walked off the job, and I
16    repeated that I did not do that. Further, I said that, if that was true, I should have received a lay
17    off slip, and my union should have been notified. The meeting concluded and the company
18    formally denied the grievance at Step 1 around February 2021. I found out about the denial
19    during a phone conversation with International Vice President Michael Stein.

20    Around January 2021, I told Michael Stein that the Union should request any information
21    that the company has to support its allegations that I walked off the job. Mr. Stein replied by
22    saying that he would, but I don't think he ever did. Also, in January 2021, during a subsequent
23    grievance meeting, Mr. Stein told the company that I was not the Local Vice President.

- 3 -                    Initials: _M.L_____

Case 10-CB-273093

1        Around February 2021, after the grievance had been formally denied at Step 1, I had

2    another phone conversation with Mr. Stein, and I told him that I wanted to elevate the grievance

3    to the next step.  Mr. Stein stated that he had spoken with the International President and the

4    International's counsel, and that they had concluded that my grievance was untimely, and that

5    they were not going to process the grievance further.  Mr. Stein added that I could or could have

6    filed for unemployment.  I stated that I could not, as I did not have to have a layoff slip.  Mr.

7    Stein said I did not have to, I disagreed, and the meeting concluded with Mr. Stein hanging up on

8    me.  We have not spoken since.   *We spoke Monday about Mike Frank phone no. March 8, 2021*

**I am being provided a copy of this Confidential Witness Affidavit for my review. I understand that this affidavit is a confidential law enforcement record and should not be shown to any person other than my attorney or other person representing me in this proceeding.**

**I have read this Confidential Witness Affidavit consisting of 4 pages, including this page, I fully understand it, and I state under penalty of perjury that it is true and correct. However, if after reviewing this affidavit again, I remember anything else that is important or I wish to make any changes, I will immediately notify the Board agent.**

**Date:** *March 11, 2021*    **Signature:** *Michael Lowe*

**Michael Lowe**

**Signed and sworn to before me by telephone on** _____

_____

**Joseph Webb**
**Board Agent**
**National Labor Relations Board**

- 4 -                Initials: _____

Nick Fiore Mediator
Seth Abraham Director of human services
Michael Stein Vice President of International Roofers and water proofers
Wrongdoers

Michael Lowe Vice president of Local 136 roofers & water proofers
Claimant/ Prosecutor

## Affidavit of Facts

1. I Michael Lowe hereby of sound mind & body and above the age of 21 also, having first-hand knowledge, will swear under oath and under the penalty of perjury that the claim being brought is to the best of his knowledge.
2. That if any harm is caused to the wrongdoer's he will correct any error in a administrative hearing.

### Statement of Facts

a. On about Sept.3,2020 the Vice president of Local 136 filed a grievance in reference to being laid off, back pay and safety violations
b. Kalkrueth never responded to the claim in writing, and silence equal to admitting the grievance or, claim
c. Nick Fiore showing bias interfered with the claim for Kalkrueth and said it was untimely.
d. This violated the Vice President due process rights under the collective bargaining agreement.
e. The International Vice President Michael Stein have refused to file Lowe's grievance causing him damages and harm.
f. All parties have caused Lowe irreparable harm through lost wages, unemployment and discrimination in hiring, training and firing without due process of law.

Therefore Lowe request for the following remedy; back pay for lost wages, harm caused for filing safety violation be reinvestigated and, stop targeting union roofers at local136.

Respectfully Submitted
Michael Lowe
Feb.12, 2021

Michael Lowe

Signature

NOTARY

Michael Lowe Prosecutor

Day & Zimmerman wrongdoer

## Affidavit of Facts

1. Michael Lowe being of sound mind & body hereby swear under oath and penalty that the foregoing statement of facts are true.
2. Also I have first-hand knowledge and will testify under oath to the best of my knowledge in a administrative hearing.
3. And if there is any information that is wrong I will correct it.

## Statement of Facts

1. On about 10-6-2020, I went to be hired (Michael Lowe) at plant Farley nuclear plant in Alabama.
2. After about 3 days of testing I passed.
3. On about 10-4-2020 I was discriminated against, because of a background check.
4. Also because of my native American background statement.
5. Also I was given a psychological background check
   Therefore I have been discriminated against by Day & Zimmerman hiring & firing policy causing me irreparable harm.

Respectfully Submitted
Michael Lowe
Feb. 12, 2021

Michael Lowe

Signature

NOTARY



**U.S. Equal Employment Opportunity Commission**
**Mobile Local Office**

63 S Royal Street
Suite 504
Mobile, AL 36602

Respondent: LOCAL 555 LABOR UNION
EEOC Charge No.: 846-2021-07906

April 7, 2021

Michael Lowe
1002 Montana Street
Apartment 1
Dothan, AL 36303

Dear Mr. Lowe:

This is with reference to your recent written correspondence or intake questionnaire in which you alleged employment discrimination by the above-named respondent. The information provided indicates that the matter complained of is subject to the statute(s) checked off below:

[ X ]   Title VII of the Civil Rights Act of 1964 (Title VII)

[ X ]   The Age Discrimination in Employment Act (ADEA)

[ ]   The Americans with Disabilities Act (ADA)

[ ]   The Equal Pay Act (EPA)

[ ]   The Genetic Information Nondiscrimination Act (GINA)

The attached EEOC Form 5, Charge of Discrimination, is a summary of your claims based on the information you provided. Because the document that you submitted to us constitutes a charge of employment discrimination, we have complied with the law and notified the employer that you filed a charge. Before we investigate your charge, however, you must sign and return the enclosed Form.

To enable proper handling of this action by the Commission you should:

(1) Review the enclosed charge form and contact me if corrections are needed.

(2) Sign and date the charge in the bottom left hand block where I have made an "X". For purposes of meeting the deadline for filing a charge, the date of your original signed document will be retained as the original filling date.

(3) Return the signed charge to Cynthia.Wilson@eeoc.gov.

Before we initiate an investigation, we must receive your signed Charge of Discrimination (EEOC Form 5). Please sign and return the charge within thirty (30) days from the date of this letter. Under EEOC procedures, if we do not hear from you within 30 days or receive your signed charge within 30 days, we are authorized to dismiss your charge and issue you a right to sue letter allowing you to pursue the matter in federal court.

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 846-2021-07906 |
| | | and EEOC |

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Mr. Michael Lowe** | **(404) 437-1481** | **1953** |

| Street Address | City, State and ZIP Code |
|---|---|
| **1002 Montana Street, Apartment 1, Dothan, AL 36303** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **Day & Zimmerman** | **201 - 500** | **(877) 248-2191** |

| Street Address | City, State and ZIP Code |
|---|---|
| **7388 North State Highway 95, Columbia, Alabama 36319** | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **LOCAL 559 LABOR UNION** | **15 - 100** | **(205) 251-8810** |

| Street Address | City, State and ZIP Code |
|---|---|
| **1229 22nd Street North, Birmingham, AL 35234** | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☒ NATIONAL ORIGIN

☒ RETALIATION   ☒ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION

☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **10-14-2020**     Latest **10-14-2020**

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

**On or about October 6, 2020, I applied for a position through the Local 559 Labor Union and was offered a conditional Laborer position. I was not allowed to complete the hiring process and I was terminated because of my race, sex, national origin and age. I am a 68-year-old Black male and my national origin is Origee and African American.**

**On October 14, 2020, I was discharged due to my background check. The Union refused to represent me in appealing the termination decision made by Day and Zimmerman.**

**I have been discriminated against and retaliated against in violation of Title VII of the Civil Rights Act of 1964, as amended and the Age Discrimination in Employment Act of 1967, as amended.**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| x 4-7-2021  *Michael Lowe*<br>Date                    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

Attention Michael Lowe

To all Conspiratorial
Parties et. al

Notice of Attachment & Amendment To
Supreme Ct. Title VII Retaliation Proof
But-For Causation

(1) Therefore Michael Lowe request that his attachment be amended to the following But for causation

(2) But of Cause of Lowe being of Oujee African American descent he was discriminated against by his White employer's for the following reason's.

(a) But for cause of him being a Black Vice President of Local 136 Roofer's & Waterproofer's working on the roof at Plant Vogtle.

(b) But of cause of Lowe requiring equal pay and per-diem for Asian American's as well as African Americans

(c) But of Cause of Lowe requesting safety on the job and for a Fire Watch he would not have been discriminated against by his white employer's.

(D) But for Lowe' requesting fire Watch at Safety meeting he would not have been discriminated against by white superintendent Tracy. To don't bring it up in fire watch meeting with Pullman superintendent Brian Project Executive

(E) But for Cause of Lowe m.c being harassed, hollered, screamed and walked without breaks, he would not agree to being discriminated against or while at work, he was fired.

(1)

(F) But for cause of Lowe being of origin African American descent he requested to file a grievance and to know the nature of his layoff; he was discriminated against.

(S) But for cause of Lowe being of African American descent he was denied a right to an impartial hearing, and mediator (Nick Fiore) Nick Fiore and he was discriminated against.

(H) But for Lowe African American descent he was there then and black balled to never be allowed to work at the following Nuclear Plant's Farley, Savannah River Site, Plant Vogtle or any other sites.

(I) But for cause of Lowe African American descent he is not entitled to the Collective Bargain agreement.

(J) And finally but for Lowe African American descent he is being denied the authorized representative that was selected by it's member's as the Vice President.

Respectfully Submitted
Michael Lowe
March 11 2021



**Day&Zimmermann**

*We do what we say.'*

# ePHQ Notice

- You are required to complete an electronic Personal History Questionnaire. This notice is to provide instruction in getting started.
- Copy & paste, or type, the below web address into your browser. (**Note:** Do **NOT** put "www" in the web address as that will result in an error)

## https://ephq.dayzim.com

- Use only Google Chrome or Internet explorer version 11.

### Special note to apple users:
### The Safari web browser is not compatible; therefore you need to
### use Google Chrome to avoid complications.

- First time users are required to "**register as new user**" before you can fill out an ePHQ.
- An active e-mail address is required to complete the registration process.
  - Please consult the "Help Guide" at the top right hand corner of the registration page for assistance completing the registration process. *Here Exhibit*

### Items required for completing an ePHQ

- **Initial applicants** (meaning you've never held access or your last access was more than 3 years ago); need to provide the following information.
  1. Your Employment/Education/Military information going back at least 5 years.
  2. Your address information going back at least 7 years.
  3. A complete account of any criminal history you may have back to your 18th birthday.
  4. At least 3 Personal references with valid phone numbers & addresses.
- **Updates/Reinstatement applicants** (meaning you've held favorable access at a US nuclear plant within the past 3 years); need only to provide items 1-4 from above going back to your last favorable access.

(**Any period that you are either presently employed, enrolled in a school, or serving in the Military you will need to put the "end/to" date as the date you are filling out the E-PHQ.**)

- A "Help Guide" is provided on the top right hand corner of each screen to guide you through getting started on your first ePHQ. **Please see the image below for location of the Help guide**.
- **If you need assistance please contact the Security Department at 1-800-432-2444.**



(Rev 1/26/2017)

*Ex*

EEOC Form 161 (11/2020)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To:  **Michael Lowe**
    **1002 Montana Street**
    **Apartment 1**
    **Dothan, AL 36303**

From:  **Mobile Local Office**
      **63 S Royal Street**
      **Suite 504**
      **Mobile, AL 36602**

| | *On behalf of person(s) aggrieved whose identity is* |
| | *CONFIDENTIAL (29 CFR §1601.7(a))* |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| | **CYNTHIA WILSON,** | |
| **846-2021-07906** | **Investigator** | **(251) 304-7925** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

| | The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC. |

| | Your allegations did not involve a disability as defined by the Americans With Disabilities Act. |

| | The Respondent employs less than the required number of employees or is not otherwise covered by the statutes. |

| | Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge |

| X | The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge. |

| | The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge. |

| | Other *(briefly state)* |

**- NOTICE OF SUIT RIGHTS -**

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Erika LaCour*                    04/13/2021

Enclosures(s)

**Erika LaCour,**                    *(Date Issued)*
**Local Office Director**

cc:  **LOCAL 559**

    **Jerome Petterson, Business Manager**
    **1229 22ND ST N**
    **Birmingham, AL 35234**

**Day and Zimmerman**
**Human Resources Manager**
**7388 North State Highway 95**
**Columbia, Alabama 36319**

# Employee Information Form

**Day&Zimmermann**
*We do what we say.*

Name: Michael Lowe S. ▮ D.O.B.: ▮

Physical Address: (no PO Box) 1467 PAnola Rd. City: St n. Mtn. State: GA. Zip: 30088

Mailing Address (if different) 1002 Montana St. City: Dothan State: Al. Zip: 36303

Phone: 404-437-1481 Cell: 404-437-1481 Resident County: Houston

**Emergency Contact Information (In Case of Illness or Accident Notify):**

Name: Sandia Byrd Relationship: Sister

Address: 2652 Hatfield Cir. Home Phone: 404-627-7122

City: Atl State: GA. Zip: 30316 Work or Cell: 404-627-7122

Local Union # 5 Craft: Laborer Email: westaynuenue1462@mail.com

**Are you an Apprentice?** YES (NO) (Circle One) Year ___ Period ___

**Do you have a Voluntary Deduction?** YES (NO) (Circle One) If "YES", please provide documentation to the Payroll Dept.

Have you ever been employed by a D & Z Company? Yes (No)

---

## PAYROLL INFORMATION (For Office Use Only)

NEW HIRE: ☑ 2 REHIRE: ☐ TRANSFER: ☐

DATE OF HIRE: 10-6-2020 SITE: _____

SAP EMPLOYEE # 2112342 POSITION # 10086012 JOB # _____

PER/SUB AREA: _____ TIME ADMIN GROUP _____ ACTIVITY TYPE: _____

BEGINNING PAY RATE: _____ ENDING PAY RATE: _____
TAXES: Married/Single # of Allowances Additional $ | Married/Single # of Allowances Additional $

FEDERAL S Exempt STATE S Exempt

CRAFT CODE D/C # _____ BILL IND.: _____ BILL CLASS: _____

DEFAULTS SET UP: ☑ TIME CLOCK SET UP & #: ☑ _____

DATE TERMINATED: 10/13/20 LAST DAY WORKED: mpt
SAP TERMINATION COMPLETED: 10/14/20

REMARKS: _____

**ELIGIBLE FOR REHIRE** YES NO (Circle One)

I hereby acknowledge receipt of final wage due, and certify that I have reported any and all injuries sustained in connection with my employment, to a responsible Supervisor or First Aid department of the company.

(Employee)
_____
(Superintendent)

### REASON FOR PAYROLL REMOVAL

☐ Lack of work ☐ Unsatisfactory Work
☐ Irregular Attendance ☐ Quit
☐ Misconduct (Explain) ☐ Military Services
☑ Other _____

UNEMPLOYMENT INFORMATION
Mail Claim to: Equifax Workforce Solutions
P.O. Box 182366, Columbus, OH 43218

**Notice to employee:** Should this Field Office be de-mobilized during this year, notify our home office of any address changes, so that you will receive your Federal Form W-2.

**DAY & ZIMMERMANN** (717) 481-5600 Phone
1827 Freedom Road, Suite 101 • Lancaster, PA 17601

Revised 06/25/2015

Revision 4
6/25/15