FILED
2021 Oct-06  AM 08:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL L. LOWE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | 2:21-cv-01070-CLM |
| ) | |
| **DAY & ZIMMERMAN, et al.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## **ORDER**

On October 5, 2021, the court held a telephone conference with the pro se plaintiff and five defendants. The plaintiff has preserved all rights, objections, and defenses raised during the telephone conference. As discussed during the telephone conference, the plaintiff has until November 30, 2021 to file a consolidated response to all pending motions to dismiss. The response shall not exceed 40 pages, double-spaced, 14-point font. Defendants will then have until December 7, 2021 to file reply briefs, if any, which shall not exceed 10 pages, double-spaced, 14-point font.

The court DIRECTS the Clerk to send this order and the attached pro se guide to the plaintiff at his address on file.

**DONE** and **ORDERED** on October 6, 2021.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE